**MEYER, DARRAGH, BUCKLER, BEBENEK & ECK, P.L.L.C.,** Petitioner

v.

**LAW FIRM OF MALONE MIDDLE-MAN, PC, and Candace A. Eazor and Richard Eazor, as Executors of the Estate of Richard A. Eazor, Respondents**

v.

Law Firm of Malone Middleman, P.C. and Candace A. Eazor and Richard Eazor as Executors of the Estate of Richard A. Eazor, Respondents

No. 397 WAL 2016
No. 398 WAL 2016

Supreme Court of Pennsylvania.

February 22, 2017

## ORDER

PER CURIAM

AND NOW, this 22nd day of February, 2017, the Cross Petition for Allowance of Appeal is **GRANTED**. The issue, as stated by petitioner, is:

Whether the Superior Court erred in vacating the Judgment of the Court of Common Pleas with respect to Meyer Darragh's *quantum meruit* claim when Meyer Darragh performed legal work and incurred expenses on behalf of the client and doing so would force Meyer Darragh to engage that client, who has already paid its legal fees in full, in litigation or allow Malone Middleman to be unjustly enriched.

■

**TOWNSHIP OF MILLCREEK,** Respondent

v.

**ANGELA CRES TRUST OF JUNE 25, 1998, Petitioner**

Township of Millcreek, Respondent

v.

Angela Cres Trust of June 25, 1998, Petitioner

No. 361 WAL 2016
No. 362 WAL 2016

Supreme Court of Pennsylvania.

February 22, 2017

## ORDER

PER CURIAM

AND NOW, this 22nd day of February, 2017, the Petition for Allowance of Appeal is **DENIED**.